THE STATE, EX REL. FIRST NATIONAL SUPERMARKETS, INC., APPELLEE,
*v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State, ex rel. First Natl. Supermarkets, Inc.,
v. Indus. Comm.* (1991), 61 Ohio St.3d 80.]

(No. 90–1216—Submitted March 19, 1991—Decided July 3, 1991.)

*Seeley, Savidge & Aussem* and *Thomas M. Carolin,* for appellee.

*Lee I. Fisher,* Attorney General, *Michael L. Squillace* and *Cheryl J. Nester,* for appellant.

---

*Per Curiam.* On authority of our decision in *State, ex rel. Ormet Corp., v. Indus. Comm.* (1990), 54 Ohio St.3d 102, 561 N.E.2d 920, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.